# First District Court of Appeal
## State of Florida

_____

No. 1D18-3577
_____

JESSE WEST, Former Husband,

Appellant,

v.

MARGARET ELIZABETH WEST,
Former Wife,

Appellee.

_____


On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

May 31, 2019


PER CURIAM.

AFFIRMED.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Gary Baker of Gary Baker P.A., Callahan, for Appellant.

Alexa K. Alvarez of Alvarez & Wallace, P.A., Fernandina Beach, for Appellee.